<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **New Jersey**
(State)

Case number (*if known*): _____ Chapter **11**

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**                Blue Apple Books, LLC

2. **All other names debtor used**        N/A
   **in the last 8 years**

   Include any assumed names,
   trade names, and *doing business
   as* names

3. **Debtor's federal Employer**        2  7 – 5  1  5  6  0  5  1
   **Identification Number** (EIN)

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| c/o Harriet Ziefert | |
| Number      Street | Number        Street |
| 10 Highland Drive | P.O. Box 950 |
| | P.O. Box |
| Great Barrington      MA      01230 | South Orange      NJ      07079 |
| City        State      ZIP Code | City        State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Berkshire | |
| County | Number        Street |
| | |
| | City        State      ZIP Code |

5. **Debtor's website** (URL)                www.blueapplebooks.com

| Debtor | Blue Apple Books, LLC | Case number *(if known)* |
|--------|------------------------|--------------------------|
|        | Name |  |

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>5</u>  <u>1</u>  <u>3</u>  <u>1</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

   ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____
                                                MM / DD / YYYY

          District _____  When _____  Case number _____
                                                MM / DD / YYYY

| Debtor | Blue Apple Books, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes. Debtor ___Harriet Ziefert, Inc.___    Relationship __Parent Company__

District ___New Jersey___    When _____
                                                                    MM  /  DD  / YYYY

Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                                    Number          Street

_____
City                                                                State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

---

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

| Debtor | Blue Apple Books, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | |
| | ☒ $100,000-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | |

| | | | | |
|---|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | |
| | ☐ $100,000-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | |
| | ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02  13  2025
                MM / DD / YYYY

✗ *HARRIET ZIEFERT*                              Harriet Ziefert
6D1B37F70A904BA...
Signature of authorized representative of debtor          Printed name

Title   President

| | |
|---|---|
| **18. Signature of attorney** | ✗ *Jon S. Ziefert*   Date   02  12  2025 |
| | FB261F5726FF4E2...          MM / DD / YYYY |
| | Signature of attorney for debtor |

Jon S. Ziefert   / Ken Rosen - Local Counsel
Printed name

General Counsel, Blue Apple Books, LLC / Ken Rose Advisors
Firm name

3 New York Avenue, Apt. 415   / 80 Central Park West
Number   Street

Jersey City  / New York            NJ / NY   07307 / 10023
City                      State   ZIP Code

917-757-5481                        jonziefert@gmail.com
Contact phone                    Email address

020361994 / 021601979            NY / NJ
Bar number                      State

**Fill in this information to identify the case and this filing:**

Debtor Name __Blue Apple Books, LLC__

United States Bankruptcy Court for the: _____ District of __New Jersey__
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02/13/2025__
MM / DD / YYYY

✗ _HARRIET ZIEFERT_
⎣ Docusigned by
6D1B37F70A904BA...
Signature of individual signing on behalf of debtor

Harriet Ziefert
Printed name

President
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___ Blue Apple Books, LLC _____

United States Bankruptcy Court for the: _____ District of New Jersey
(State)

Case number (If known): _____

❑ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................  $ ___0___

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................................  $ ___0___

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................  $ __177,662.58__

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................  $ ___0___

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................................  $ __33,746.31__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................  + $ __921,719.37__

4. **Total liabilities**...................................................................................................................................  $ __955,465.68__
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name  Blue Apple Books, LLC

United States Bankruptcy Court for the: _____ District of New Jersey
(State)

Case number (If known): _____

☐ Check if this is an amended filing

---

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Pomum Liber LLC c/o Alberto Fernandez 104 Maplewood Ave Maplewood, NJ 07040 | Alberto Fernandez (973) 761-4626 incmgrp@gmail.com | | | | | $600,201.12 |
| 2 | Fox Rothschild LLP 1 International Blvd, Suite 905 Philadelphia, PA 19103 | David Sprong (973) 548-3362 dsprong@foxrothschild.com | | | | | $34,630.71 |
| 3 | Ingis & Company PA 960 MacArthur Blvd Mahwah, NJ 07495 | Paul Ingis (201) 252-2580 ingispaul@gmail.com | | | | | $6,000.00 |
| 4 | Elizabeth Murphy 15 Glenwood Road Upper Montclair, NJ 07043 | Elizabeth Murphy (973) 517-0091 lizziemurphy@mac.com | | | | | $5,639.21 |
| 5 | Mark Jones 2279 Mill Terrace Sarasota, FL 34231 | Mark Jones mark.anthony.jones@gmail.com | | | | | $4,867.76 |
| 6 | Deborah Zemke c/o The Herman Agency 350 Central Park West New York, NY 10025 | Ronnie Herman (212) 749-4907 ronnie@hermanagencyinc.com | | | | | $3,021.79 |
| 7 | Maxwell Eaton 5385 NYS Route 86 Wilmington NY, 12997 | Maxwell Eaton maxwelleatoniii@gmail.com | | | | | $3,080.52 |
| 8 | Yukiko Kido 2-3-12 Nagameguro, Apt 403 Meguro, Tokyo, Kanto Japan | Yukiko Kido koimansuke@gmail.com | | | | | $2,852.76 |

| Debtor | Blue Apple Books, LLC | | Case number (if known) | | | |
| | Name | | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Jenni Desmond c/o Holroyde Cartey Ltd 169 Victoria St, London SW1E5NA United Kingdom | Penny Holroyde 44 (0) 7946 418090 penny@holroydecartey.com | | | | | $2,312.53 |
| 10 | Michael Herrod 88 Courter Ave Maplewood, NJ 07040 | Michael Herrod (315) 430-4613 mjherrod@gmail.com | | | | | $1,198.55 |
| 11 | Alberto Fernandez 104 Maplewood Ave Maplewood, NJ 07040 | Alberto Fernandez 973-761-4626 incmgrp@gmail.com | | | | | Undetermined |
| 12 | Global Printing Sourcing & Development 135 3rd Street, Suite 150 San Rafael, CA 94901 | | | | | | $33,746.31 |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name ___ Blue Apple Books, LLC ___

United States Bankruptcy Court for the: _____ District of __New Jersey__
                                                              (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**                                                                 $ __0__

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Chase Bank | checking | 4  4  3  6 | $ 5,501.03 |
| 3.2. | | | | $ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | _____ | $ |
| --- | --- | --- |
| 4.2. | _____ | $ |

5. **Total of Part 1**                                                              $ 5,501.03

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **Part 2:** | **Deposits and prepayments** |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. | Deposit for printing Big, Bigger, Biggest | $ 5,925.00 |
| --- | --- | --- |
| 7.2. | | $ |

Debtor _____    Case number (if known)_____
        Blue Apple Books, LLC
        Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                       $ 5,925.00

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

                                                                          **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:    $89,093.45    –    _____    = ........➔    $ 89,093.45
                                 face amount         doubtful or uncollectible accounts

    11b. Over 90 days old:       $77,143.10    –    _____    = ........➔    $ 77,143.10
                                 face amount         doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.          $ 166,236.55

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                              **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                % of ownership:

    15.1._____    _____%    _____    $_____

    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                             $_____

---

Debtor _____     Case number _(if known)_ _____
        Blue Apple Books, LLC
        Name

---

## Part 5:     Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    $_____

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

---

## Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $_____ | _____ | $_____ |
| **29. Farm animals** _Examples_: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

---

Debtor    Blue Apple Books, LLC

Name _____    Case number (if known) _____

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

Debtor   Blue Apple Books, LLC
         _____          _____
         Name                                             Case number *(if known)*

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

   Add lines 47 through 50. Copy the total to line 87.

   $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☐ No

   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

---

Debtor _____    _____
       Blue Apple Books, LLC                   Case number (if known)
       Name

---

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

  ☒ No. Go to Part 10.

  ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

  Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

  $ __0__

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
  ☐ No
  ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
  ☐ No
  ☐ Yes

---

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

  ☐ No. Go to Part 11.

  ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Blue Apple Books, Balloon Toons, Blue Banana Books trademarks | $ | | $ Unknown |
| 61. **Internet domain names and websites**<br>www.blueapplebooks.com | $ | | $ Uknown |
| 62. **Licenses, franchises, and royalties**<br>See Form 206G | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations**<br>N/A | $ | | $ |
| 64. **Other intangibles, or intellectual property**   N/A | $ | | $ |
| 65. **Goodwill** | $ | | $ Uknown |

66. **Total of Part 10.**

  Add lines 60 through 65. Copy the total to line 89.

  $ _____

---

Debtor    Blue Apple Books, LLC

Name

Case number *(if known)* _____

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 11:** | **All other assets** |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
| --- | --- |

71. **Notes receivable**

Description (include name of obligor)

_____    _____ − _____ = → $_____

Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____  $_____

_____    Tax year _____  $_____

_____    Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Contract claim against Poumum Liber, LLC

Nature of claim    Breach of Contract    $ Unknown

Amount requested   $ Unspecified damages

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____

_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

Debtor   Blue Apple Books, LLC _____ Case number (if known)_____
            Name

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 5,501.03 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 5,925.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 166,236.55 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ _____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ _____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ _____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ _____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ _____ | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................➔ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ _____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ _____ | |
| 91. **Total.** Add lines 80 through 90 for each column............................. 91a. | $ 177,662.58 | + 91b. $ _____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................. $ 177,662.58

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Blue Apple Books, LLC |
| United States Bankruptcy Court for the: | District of New Jersey |
| | (State) |
| Case number (If known) | |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Global Printing Sourcing & Development<br>135 3rd Street, Suite 150<br>San Rafael, CA 94901 | **As of the petition filing date, the claim is:** $ 33,746.31<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 33,746.31 |
| | **Date or dates debt was incurred**<br>6/12/14 | **Basis for the claim:**<br>Printing services rendered | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | |

| | | | |
|---|---|---|---|
| **2.2** | **Priority creditor's name and mailing address**<br>_____<br>_____<br>_____ | **As of the petition filing date, the claim is:** $_____<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>_____ | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | |

| | | | |
|---|---|---|---|
| **2.3** | **Priority creditor's name and mailing address**<br>_____<br>_____<br>_____ | **As of the petition filing date, the claim is:** $_____<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>_____ | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | |

| Debtor | Blue Apple Books, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address
Ingis & Company PA

960 Macarthur Blvd

Mahwah, NJ 07495

As of the petition filing date, the claim is: $6,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounting services rendered

Date or dates debt was incurred    1/1/24 - 12/31/24
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.2** | Nonpriority creditor's name and mailing address
Fox Rothschild LLP

1 International Blvd, Suite 905

Philadelphia, PA 19103-3222

As of the petition filing date, the claim is: $40,057.81
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Legal services rendered

Date or dates debt was incurred    1/1/24 - 12/31/24
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** | Nonpriority creditor's name and mailing address
Harriet Ziefert

10 Highland Dr

Great Barrington, MA 01230

As of the petition filing date, the claim is: $252,487.32
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Royalties owed

Date or dates debt was incurred    1/1/06 - 6/30/24
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** | Nonpriority creditor's name and mailing address
Mark Jones

2279 Mill Terrace

Sarasota, FL 34231

As of the petition filing date, the claim is: $4,867.76
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Royalties owed

Date or dates debt was incurred    7/1/23 - 6/30/24
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** | Nonpriority creditor's name and mailing address
Michael Herrod

88 Courter Ave

Maplewood, NJ 07040

As of the petition filing date, the claim is: $1,198.55
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Royalties owed

Date or dates debt was incurred    1/1/24 - 6/30/24
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** | Nonpriority creditor's name and mailing address
Maxwell Eaton

5385 NYS Route 86

Wilmington, NY 12997

As of the petition filing date, the claim is: $3,080.52
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Royalties owed

Date or dates debt was incurred    1/1/24 - 6/30/24
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Debtor    _Blue Apple Books, LLC_____    Case number _(if known)_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.7** **Nonpriority creditor's name and mailing address**

Yukiko Kido

2-3-12 Nagameguro, Apt 403

Meguro, Tokyo, Kanto, Japan

Date or dates debt was incurred    7/1/23 - 6/30/24

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    Royalties owed

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,852.76

---

**3.8** **Nonpriority creditor's name and mailing address**

Jenni Desmond

c/o Holroyde Cartey Ltd, PO Box 1357

169 Victoria St, London SW1E5NA    United Kingdom

Date or dates debt was incurred    1/1/24 - 6/30/24

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Royalties owed

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,312.53

---

**3.9** **Nonpriority creditor's name and mailing address**

Deborah Zemke

c/o The Herman Agency

350 Central Park West

New York, NY 10025

Date or dates debt was incurred    7/1/15 - 6/30/24

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Royalties owed

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,021.79

---

**3.10** **Nonpriority creditor's name and mailing address**

Elizabeth Murphy

15 Glenwood Road

Upper Montclair NJ 07043

Date or dates debt was incurred    1/1/24 - 6/30/24

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Royalties owed

Is the claim subject to offset?
☐ No
☐ Yes

$ 5,639.21

---

**3.11** **Nonpriority creditor's name and mailing address**

Pomum Liber LLC

c/o Alberto Fernandez

104 Maplewood Ave    Maplewood, NJ 07040

Date or dates debt was incurred    2/15/15 - 5/15/14

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    contract claim/promissory notes

Is the claim subject to offset?
☐ No
☐ Yes

$ 600,201.12

---

Debtor    Blue Apple Books, LLC _____    Case number _(if known)_ _____
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Alberto Fernandez _____

104 Maplewood Ave _____
Maplewood, NJ 07040 _____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Undetermined _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ Undetermined _____

---

**3.___** Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.___** Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.___** Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.___** Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

Debtor _____    Case number _(if known)_ _____

      Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    Blue Apple Books, LLC                              Case number (if known)
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 33,746.31 |
| 5b. **Total claims from Part 2** | 5b. | **+** $ | 921,719.37 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 955,465.68 |

**Fill in this information to identify the case:**

Debtor name __Blue Apple Books, LLC__

United States Bankruptcy Court for the:_____ District of __New Jersey__
(State)

Case number (If known): _____ Chapter _____

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | author contract<br>publisher owing royalties | Harriet Ziefert<br>10 Highland Dr<br>Great Barrington, MA 01230 |
| | State the term remaining | indefinite | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | artist contract<br>publisher owing royalties | Mike Austin<br>c/o East West Literary Agency<br>2632 Wilshire Blvd, #462<br>Santa Monica, CA 90403 |
| | State the term remaining | indefinite | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | artist contract<br>publisher owing royalties | Brigette Barrager<br>1037 N. Parish Pl.<br>Burbank, CA 91506 |
| | State the term remaining | indefinite | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | royalties per artist contract<br>publisher owing royalties | Stephane Barroux<br>c/o Painted Words<br>310 W. 97th St, #24<br>New York, NY 10025 |
| | State the term remaining | indefinite | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | artist contract<br>publisher owing royalties | Amy June Bates<br>c/o Shannon Associates<br>333 W. 57th St, Suite 809<br>New York, NY 10019 |
| | State the term remaining | indefinite | |
| | List the contract number of any government contract | | |

| Debtor | Blue Apple Books, LLC | Case number (if known) |
|--------|----------------------|------------------------|
|        | Name                 |                        |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | artist contract | Fred Blunt |
| | | publisher owing royalties | c/o The Bright Group US Inc |
| | State the term remaining | indefinite | 157-A First St, #339 |
| | List the contract number of any government contract | | Jersey City, NJ 07302 |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | royalties per artist contract | Emily Bolam |
| | | publisher owing royalties | c/o The Bright Group US Inc |
| | State the term remaining | indefinite | 157-A First St, #339 |
| | List the contract number of any government contract | | Jersey City, NJ 07302 |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | artist contract | Lisa Campbell-Ernst |
| | | publisher owing royalties | 6 Janssen Place |
| | State the term remaining | indefinite | Kansas City, MO 64109 |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | artist contract | Daniel Cleary |
| | | publisher owing royalties | 5 Kiley Ct, #4 |
| | State the term remaining | indefinite | Provincetown, MA 02657 |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | royalties per artist contract | Pierre Collett-Derby |
| | | publisher owing royalties | c/o The Bright Group US Inc |
| | State the term remaining | indefinite | 157-A First St, #339 |
| | List the contract number of any government contract | | Jersey City, NJ 07302 |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | artist contract | Roger De Muth |
| | | publisher owing royalties | 59 Chenango St |
| | State the term remaining | indefinite | Cazenovia, NY 13035 |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | artist contract | Jenni Desmond |
| | | publisher owing royalties | c/o Holroyde Cartey Ltd |
| | State the term remaining | indefinite | PO Box 1357, 169 Victoria Street |
| | List the contract number of any government contract | | London SW1E5NA |
| | | | United Kingdom |

| Debtor | Blue Apple Books, LLC | Case number *(if known)* _____ |
|---|---|---|
| | *Name* | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | artist contract |
| | | publisher owing royalties |
| | State the term remaining | indefinite |
| | List the contract number of any government contract | |

Maxwell Eaton
5385 NYS Route 86
Wilmington, NY 12997

| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | artist contract |
| | | publisher owing royalties |
| | State the term remaining | indefinite |
| | List the contract number of any government contract | |

Sophie Fatus
Via Scialoia, 48
Florence 50136
Italy

| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | artist contract |
| | | publisher owing royalties |
| | State the term remaining | indefinite |
| | List the contract number of any government contract | |

Brian Fitzgerald
33 Mulgrave St
Dublin, Dun Laoghaire  93-10-63
Ireland

| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | artist contract |
| | | publisher owing royalties |
| | State the term remaining | indefinite |
| | List the contract number of any government contract | |

Travis Foster
2420 Crocker Springs Rd
Goodlettsville, TN 37072

| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | artist contract |
| | | publisher owing royalties |
| | State the term remaining | indefinite |
| | List the contract number of any government contract | |

Todd Goldman
c/o Painted Words
310 W. 97th St, #24
New York, NY 10025

| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | artist contract |
| | | publisher owing royalties |
| | State the term remaining | indefinite |
| | List the contract number of any government contract | |

Elise Gravel
c/o Painted Words
310 W. 97th St, #24
New York, NY 10025

| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | artist contract |
| | | publisher owing royalties |
| | State the term remaining | indefinite |
| | List the contract number of any government contract | |

Karla Gudeon
12 Renwick Ave, Suite 104
Kings Park, NY 11754

Debtor  **Blue Apple Books, LLC**
Name

Case number *(if known)*

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.20**

State what the contract or lease is for and the nature of the debtor's interest

artist contract
publisher owing royalties

State the term remaining

indefinite

List the contract number of any government contract

Amanda Haley
5954 Creekview Dr
Milford, OH 45150

---

**2.21**

State what the contract or lease is for and the nature of the debtor's interest

artist contract
publisher owing royalties

State the term remaining

indefinite

List the contract number of any government contract

Jessie Hartland
c/o Sanford J. Greenburger Associates
55 Fifth Ave
New York, NY 10003

---

**2.22**

State what the contract or lease is for and the nature of the debtor's interest

artist contract
publisher owing royalties

State the term remaining

indefinite

List the contract number of any government contract

Michael Herrod
88 Courter Ave
Maplewood, NJ 07040

---

**2.23**

State what the contract or lease is for and the nature of the debtor's interest

author contract
publisher owing royalties

State the term remaining

indefinite

List the contract number of any government contract

Joanne Ingis
960 MacArthur Blvd
Mahwah, NJ 07495

---

**2.24**

State what the contract or lease is for and the nature of the debtor's interest

artist contract
publisher owing royalties

State the term remaining

indefinite

List the contract number of any government contract

Mark Jones
2279 Mill Terrace
Sarasota, FL 34231

---

**2.25**

State what the contract or lease is for and the nature of the debtor's interest

artist contract
publisher owing royalties

State the term remaining

indefinite

List the contract number of any government contract

Katie Kath
c/o Shannon Associates
333 W. 57th St, Suite 809
New York, NY 10019

---

**2.26**

State what the contract or lease is for and the nature of the debtor's interest

artist contract
publisher owing royalties

State the term remaining

indefinite

List the contract number of any government contract

Yukiko Kido
2-3-12 Nagameguro, Apt 403
Meguro, Tokyo, Japan

---

| Debtor | Blue Apple Books, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="3" style="background:black"> </td><td><strong>Additional Page if Debtor Has More Executory Contracts or Unexpired Leases</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | artist contract<br>publisher owing royalties<br><br>indefinite | Elliot Kreloff<br>510 W. 149th St, Apt 2<br>New York, NY 10031 |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | artist contract<br>publisher owing royalties<br><br>indefinite | Robert Ethan Long<br>2248 W. Powers Ave.<br>Littleton, CO 80120 |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | artist contract<br>publisher owing royalties<br><br>indefinite | Natalie Marshall<br>c/o The Bright Group US Inc<br>157-A First St, #339<br>Jersey City, NJ 07302 |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | artist contract<br>publisher owing royalties<br><br>indefinite | Doreen Marts<br>c/o The Bright Group US Inc<br>157-A First St, #339<br>Jersey City, NJ 07302 |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | artist contract<br>publisher owing royalties<br><br>indefinite | Mike Moran<br>39 Elmwood Road<br>Florham Park, NJ 07932 |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | artist contract<br>publisher owing royalties<br><br>indefinite | Liz Murphy<br>15 Glenwood Road<br>Upper Montclair, NJ 07043 |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | artist contract<br>publisher owing royalties<br><br>indefinite | Pranas Naujokaitis<br>2325 N Moody Ave<br>Chicago, IL 60639 |

| Debtor | Blue Apple Books, LLC | Case number (if known) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.34**
State what the contract or lease is for and the nature of the debtor's interest

artist contract
publisher owing royalties

State the term remaining — indefinite

List the contract number of any government contract

Susan Nees
c/o Adams Literary
7845 Colony Road, C-4, #215
Charlotte, NC 28226

**2.35**
State what the contract or lease is for and the nature of the debtor's interest

artist contract
publisher owing royalties

State the term remaining — indefinite

List the contract number of any government contract

Vanessa Bradley Newton
c/o Painted Words
310 W. 97th St, #24
New York, NY 10025

**2.36**
State what the contract or lease is for and the nature of the debtor's interest

artist contract
publisher owing royalties

State the term remaining — indefinite

List the contract number of any government contract

John Nez
5209 36th Ave NE
Seattle, WA 98105

**2.37**
State what the contract or lease is for and the nature of the debtor's interest

artist contract
publisher owing royalties

State the term remaining — indefinite

List the contract number of any government contract

Charles Nitzberg
283 E. 4th St., Apt. 3Fype text her
New York, NY 10009

**2.38**
State what the contract or lease is for and the nature of the debtor's interest

artist contract
publisher owing royalties

State the term remaining — indefinite

List the contract number of any government contract

Christina O'Donovan
c/o The Bright Group US Inc
157-A First St, #339
Jersey City, NJ 07302

**2.39**
State what the contract or lease is for and the nature of the debtor's interest

artist contract
publisher owing royalties

State the term remaining — indefinite

List the contract number of any government contract

Tanya Roitman
22 47th Street, Apt. 1
Weehawken, NJ 07086

**2.40**
State what the contract or lease is for and the nature of the debtor's interest

artist contract
publisher owing royalties

State the term remaining — indefinite

List the contract number of any government contract

Amanda Shepherd
3102 Santa Fe Street, Apt. 24C
Corpus Christi, TX 78404

| Debtor | Blue Apple Books, LLC | Case number (if known) |
|--------|----------------------|------------------------|
| | Name | |

---

### ▮ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.41**
State what the contract or lease is for and the nature of the debtor's interest: artist contract
publisher owing royalties
State the term remaining: indefinite
List the contract number of any government contract:

Ryan Sias
6301 Jefferson Ct
Alpharetta, GA 30005

**2.42**
State what the contract or lease is for and the nature of the debtor's interest: artist contract
publisher owing royalties
State the term remaining: indefinite
List the contract number of any government contract:

Thomas Slaughter
552 Broadway, 4th fl
New York, NY 10012

**2.43**
State what the contract or lease is for and the nature of the debtor's interest: artist contract
publisher owing royalties
State the term remaining: indefinite
List the contract number of any government contract:

Betsy Snyder
c/o Painted Words
310 W. 97th St, #24
New York, NY 10025

**2.44**
State what the contract or lease is for and the nature of the debtor's interest: artist contract
publisher owing royalties
State the term remaining: indefinite
List the contract number of any government contract:

Aron Nels Steinke
4221 SE Washington St
Portland, OR 97215

**2.45**
State what the contract or lease is for and the nature of the debtor's interest: artist contract
publisher owing royalties
State the term remaining: indefinite
List the contract number of any government contract:

Simms Taback
2747 Channel Dr
Ventura, CA 93003

**2.46**
State what the contract or lease is for and the nature of the debtor's interest: artist contract
publisher owing royalties
State the term remaining: indefinite
List the contract number of any government contract:

Betsy Thompson
c/o Painted Words
310 W. 97th St, #24
New York, NY 10025

**2.47**
State what the contract or lease is for and the nature of the debtor's interest: artist contract
publisher owing royalties
State the term remaining: indefinite
List the contract number of any government contract:

Michael Townsend
2639 Braddock Street
Philadelphia, PA 19125

Debtor   Blue Apple Books, LLC
_____
        Name                                                                    Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.48** State what the contract or lease is for and the nature of the debtor's interest

artist contract
publisher owing royalties

State the term remaining — indefinite

List the contract number of any government contract

Ekaterina Trukhan
c/o The Bright Group US Inc
157-A First St, #339
Jersey City, NJ 07302

**2.49** State what the contract or lease is for and the nature of the debtor's interest

artist contract
publisher owing royalties

State the term remaining — indefinite

List the contract number of any government contract

Kanako Usui
1-41-3 Matsubaracho, Nakamuraku
Nagoyashi, Aichi Pref. 453-0021
Japan

**2.50** State what the contract or lease is for and the nature of the debtor's interest

artist contract
publisher owing royalties

State the term remaining — indefinite

List the contract number of any government contract

Steve Wilson
2-23 Crocker Ave
Toronto Ont. M6J 1K7
Canada

**2.51** State what the contract or lease is for and the nature of the debtor's interest

artist contract
publisher owing royalties

State the term remaining — indefinite

List the contract number of any government contract

Stephen Turk
Noah Woods Studio
927 Westbourne Dr
Los Angeles, CA 90069

**2.52** State what the contract or lease is for and the nature of the debtor's interest

artist contract
publisher owing royalties

State the term remaining — indefinite

List the contract number of any government contract

Deborah Zemke

350 Central Park West
New York, NY 10026

**2.53** State what the contract or lease is for and the nature of the debtor's interest

author contract
publisher owing royalties

State the term remaining — indefinite

List the contract number of any government contract

Sarah Lynn Scheerger
c/o East West Literary Agency
2632 Wilshire Blvd, #462
Santa Monica, CA 90403

**2.54** State what the contract or lease is for and the nature of the debtor's interest

author contract
publisher owing royalties

State the term remaining — indefinite

List the contract number of any government contract

The Texas Tenors
93309 NE 92nd St
Kansas City, MO 64156

Debtor    Blue Apple Books, LLC                                 Case number *(if known)*_____
_____
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | author contract | Lyndsay Loates-DeRoles |
|---|---|---|---|
| | | publisher owing royalties | 1180 Huia Road |
| | State the term remaining | indefinite | Huia, Waitakere 0605 |
| | List the contract number of any government contract | | New Zealand |

| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | author contract | Jan Johnston |
|---|---|---|---|
| | | publisher owing royalties | 2004 18th St NW |
| | State the term remaining | indefinite | Bradenton, FL 34205 |
| | List the contract number of any government contract | | |

| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | author contract | Artie Bennett |
|---|---|---|---|
| | | publisher owing royalties | 1450 E. 5th Street |
| | State the term remaining | indefinite | Brooklyn, NY 11230 |
| | List the contract number of any government contract | | |

| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | author contract | Susan Pearson |
|---|---|---|---|
| | | publisher owing royalties | 34 Hallockville Rd |
| | State the term remaining | indefinite | Plainfield, MA 01070 |
| | List the contract number of any government contract | | |

| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | author contract | Lola Schaefer |
|---|---|---|---|
| | | publisher owing royalties | 766 Amicalola Woods Rd |
| | State the term remaining | indefinite | Dawsonville, GA 30534 |
| | List the contract number of any government contract | | |

| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | author contract | Marilyn Sadler |
|---|---|---|---|
| | | publisher owing royalties | c/o Painted Words |
| | State the term remaining | indefinite | 310 W. 97th St, #24 |
| | List the contract number of any government contract | | New York, NY 10025 |

| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | author contract | Dianne Ochiltree |
|---|---|---|---|
| | | publisher owing royalties | c/o Painted Words |
| | State the term remaining | indefinite | 310 W. 97th St, #24 |
| | List the contract number of any government contract | | New York, NY 10025 |

| Debtor | Blue Apple Books, LLC | Case number (if known) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** author contract<br>publisher owing royalties<br>**State the term remaining** indefinite<br>**List the contract number of any government contract** | Libby Koponen<br>c/o Harvey Klinger, Inc.<br>300 W. 55th St., Suite 11V<br>New York, NY 10019 |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** subsidiary rights agreement<br>publisher owed royalties<br>**State the term remaining** expires 8/22/2026<br>**List the contract number of any government contract** | La Marca Editora<br>Pasaje Rivarola 115<br>1015 Buenos Aires<br>Argentina |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** subsidiary rights agreement<br>publisher owed royalties<br>**State the term remaining** expires 12/20/2027<br>**List the contract number of any government contract** | Beijing Mashangyoushu LTD<br>Pasaje Rivarola 115<br>301, Unit 1, Building 33, Luneng Run Garden<br>Mapo, Shunyi District, Beijing 101319<br>China |
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** author contract<br>publisher owing royalties<br>**State the term remaining** indefinite<br>**List the contract number of any government contract** | Bernadette Peters<br>c/o Freedman Broder and Company<br>10100 Santa Monica Blvd., Suite 1050<br>Los Angeles, CA 90067 |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** content license agreement<br>publisher owed royalties<br>**State the term remaining** two-year term with two-year<br>**List the contract number of any government contract** auto renewals | Epic! Creations, Inc<br>702 Marshall Street, Suite 280<br>Redwood City, CA 94063 |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** content distribution agreement<br>publisher owed payments<br>**State the term remaining** two-year term with two-year<br>**List the contract number of any government contract** auto renewals | OverDrive<br>1 OverDrive Way<br>Cleveland, OH 44125 |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** content license agreement<br>publisher owed royalties<br>**State the term remaining** five-year term with five-year<br>**List the contract number of any government contract** auto renewals | Big Universe, Inc<br>2300 Corporate Park Drive<br>Herndon, VA 20171 |